IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:    SESSIONS OF THE SUPREME    :  No. 439 Judicial Administration Docket
           COURT OF PENNSYLVANIA    :
           FOR THE YEAR 2016    :

**AMENDED ORDER**

**PER CURIAM:**

      **AND NOW,** this 28th day of May 2015, it is hereby ordered that the order dated December 19, 2014, listing argument/administrative sessions of the Supreme Court of Pennsylvania is hereby amended. Sessions shall be held in the year 2016 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 4th |
| Philadelphia | March 7th through March 11th |
| Harrisburg (Administrative Session) | March 31st |
| Pittsburgh | April 4th through April 8th |
| Harrisburg | May 9th through May 13th |
| Pittsburgh (Administrative Session) | June 2nd |
| Philadelphia | September 12th through September 16th |
| Pittsburgh | October 31st through November 4th |
| Harrisburg | December 5th through December 9th |

      Additional argument/administrative sessions may be scheduled as the Court deems necessary.